IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAP BARBELL, INC. <br> *Plaintiff*, <br><br> vs. <br><br> COSY FAMILY, INC <br><br> and <br><br> FITNESS INSANITY LLC <br> *Defendants*. | § § § § § § § § § § § § | CASE NO. 4:21-cv-01313 <br><br> JURY DEMANDED |

## PLAINTIFF CAP BARBELL'S NOTICE OF APPEARANCE AND DESIGNATION OF J. DAVID CABELLO AS LEAD ATTORNEY

Plaintiff CAP Barbell, Inc. notifies the Court that J. David Cabello of Cabello Hall Zinda, PLLC, 801 Travis Street, Suite 1610, Houston, Texas 77002, Phone (832) 631-9990, Fax (832) 631-9991, Email david@chzfirm.com, has entered this action as attorney-in-charge on its behalf. In connection with this notice, Mr. Cabello requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the below address and contact information.

April 20, 2021                      Respectfully submitted,

                                               */s/ J. David Cabello*
                                               **J. David Cabello**
                                               Attorney-in-charge
                                               Texas Bar No. 03574500
                                               S.D. Texas I.D. No. 3514
                                               Email: david@chzfirm.com
                                               **Sarah R. Frankfort**
                                               Texas Bar No. 24052877
                                               S.D. Texas I.D. No. 1,023,828
                                               Email: sfrankfort@chzfirm.com
                                               CABELLO HALL ZINDA, PLLC

801 Travis Street, Suite 1610
Houston, TX 77002
Tel.: 832.631.9990
Fax: 832.631.9991

***ATTORNEYS FOR PLAINTIFF***
***CAP BARBELL, INC.***

## Certificate of Service

The undersigned certifies that on April 20, 2021, counsel for CAP Barbell initiated service of the foregoing document by process server on:

- Hui Wang, registered agent of Cosy Family, Inc., 19575 Newgarden Street, Rowland Height, California 91748

- Hui Wang, Fitness Insanity LLC, 19575 Newgarden Street, Rowland Height, California 91748

An executed proof of service will be filed with the Court promptly upon receipt of such executed proof of service. The undersigned further certifies that, upon issuance of a summons by the Clerk of this Court, the undersigned shall immediately initiate service of process of the foregoing document by process server on the same entities set forth above. An executed proof of service will be filed with the Court promptly upon execution.

/s/ John Watkins\
John Watkins