AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| CAP BARBELL, INC. <br><br> *Plaintiff(s)* <br> v. <br> COSY FAMILY, INC <br> and <br> FITNESS INSANITY LLC <br><br> *Defendant(s)* | Civil Action No. 4:21-cv-01313 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fitness Insanity LLC
Hui Wang
19575 Newgarden Street
Rowland Height, California 91748

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. David Cabello
CABELLO HALL ZINDA, PLLC
801 Travis Street, Suite 1610
Houston, TX 77002
Tel: (832) 631-9990
Fax: (832) 631-9991

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: April 20, 2021

*s/ M. Mapps*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-01313

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Fitness Insanity LLC by delivering to Hui Wang</u> was received by me on *(date)* <u>Apr 20, 2021, 6:00 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: AUTHORIZED PERSON SERVED Maria Vega, Office Clerk, Person in charge Apr 26, 2021, 9:35 am PDT

My fees are $ _____ for travel and $ _____ for services, for a total of $.

I declare under penalty of perjury that this information is true.

Date: 4/27/2021

*Server's signature*

Mark James Diaz   Process Server
*Printed name and title*

2230 W Chapman Ave 200, Orange, CA 92868
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 21, 2021, 2:12 pm PDT at HOME: 19575 Newgarden St, Rowland Heights, CA 91748-2445 Bad Address-Unknown. Cream-colored Nissan Maxima, California Plate # 7GYA870 parked in the garage that was open. Spoke to Nina Na who came to the door with 2 small children. She informed me that she has no idea who Hui Wang is. She told me that she has rented the house for about a year now. I asked her if she gets mail for the subject, Hui Wang and she told me she doesn't. (Female, Asian, 5'7, Black hair, Dark Brown eyes, Mid to Late 30's, 120-130 Lbs)

2) Unsuccessful Attempt: Apr 22, 2021, 1:22 pm PDT at CORPORATE: 2372 MORSE AVE SUITE 227, IRVINE, CA 92614-6234
Spoke to Maria who was in charge. She confirmed that they have a virtual office here and that they are never here unless they have an appointment to see someone. She said that she cannot give me any other information, phone numbers, etc. other than if I want to give her any documents, she can put them in their pick-up box. (Female, Hispanic, 5'5-5'6, 28-32 Years Old, 150-

160 Lbs, Dark Brown Hair, Brown eyes)

3) Successful Attempt: Apr 26, 2021, 9:35 am PDT at CORPORATE: 2372 MORSE AVE SUITE 227, IRVINE, CA 92614-6234 received by Maria Vega, Office Clerk, Person in charge (Female, Hispanic, 5'6-5'6, Dark Brown Hair, Brown Eyes, 28-32 Years Old, 150-160 Lbs) AUTHORIZED PERSON SERVED.